UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HANOOK SAMSON,

                              Plaintiff,                    22-CV-02349 (JLR)(SN)

              -against-                                  **ORDER**

FRESENIUS NORTH AMERICA,

                             Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 3, 2022, Defendant was personally served by the United States Marshal Service. ECF No. 8. As of today, Defendant has not filed a notice of appearance, responsive pleading, or any other motion. Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendant and whether he intends to file a motion for default no later than November 4, 2022. The Clerk of the Court is directed to mail this order to Defendant at 1776 Eastchester Road, Suite 190, The Bronx, NY 10461.

**SO ORDERED.**

                                                                     _____
                                                                     SARAH NETBURN
DATED:    New York, New York                  United States Magistrate Judge
              October 21, 2022