```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HANOOK SAMSON,

                              **Plaintiff,**                         22-CV-02349 (JLR)(SN)

             -against-                                    **ORDER**

**FRESENIUS NORTH AMERICA,**

                              **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The record establishes that the Defendant was served on August 3, 2022, but has failed to appear. ECF Nos. 8 & 15. On October 21, 2022, the Court issued an order and directed the Clerk of Court to mail it to a publicly-available address for the Defendant to notify it that the Plaintiff intended to move for a default judgment. ECF No. 15. Defendant has still failed to appear.

       Accordingly, the Clerk of Court is requested to issue a Certificate of Default. Plaintiff shall appear on January 9, 2023, at 10:00 a.m. in Courtroom 219, U.S. Courthouse, 40 Foley Square, New York, NY 10007. The purpose of this conference is to confirm that service on the Defendant was adequate and, if so, to set a schedule for a damages inquest.

       The Clerk of Court shall mail a copy of this order to Fresenius North America at 776 Eastchester Road, Suite 190, Bronx, NY 10461.

**SO ORDERED.**

                                                                     _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:    New York, New York
                December 9, 2022