UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HANOOK SAMSON,

                       **Plaintiff,**

         -against-

FRESENIUS NORTH AMERICA,

                       **Defendant.**

------------------------------------------------------------------X

**22-CV-2349 (JLR)(SN)**

**ORDER**

```
┌────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____   │
│ DATE FILED: _4/25/2023_____   │
└────────────────────────────────┘
```

**SARAH NETBURN, United States Magistrate Judge:**

       After the initial case management conference on February 13, 2023, the Court requested

limited appearance pro bono counsel, but no one has appeared and the Court cannot guarantee

that a lawyer will voluntarily appear. ECF No. 37. Accordingly, the stay on discovery is lifted

and the parties shall comply with the Case Management Plan & Scheduling Order at ECF No.

36. Plaintiff is encouraged to contact the NYLAG Legal Clinic, which provides free legal

assistance to pro se litigants and can assist the Plaintiff with the discovery phase. To schedule an

appointment with the NYLAG Clinic, Plaintiff can call (212) 613-5000. The parties shall file a

status letter by June 30, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     April 25, 2023
            New York, New York