```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HANOOK SAMSON,

                              Plaintiff,                    22-CV-02349 (JLR)(SN)

               -against-                                  **ORDER**

FRESENIUS NORTH AMERICA,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 5, 2023, the Court referred this case for mediation to the Court-annexed mediation program. Accordingly, the parties are directed to file a letter updating the Court on the status of mediation by October 1, 2023.

**SO ORDERED.**

                                                            _____
                                                             SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      August 29, 2023
                  New York, New York