UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANOOK SAMSON,

                      Plaintiff,

-against-

FRESENIUS NORTH AMERICA,

                      Defendant.

1:22-cv-02349 (JLR)

**ORDER OF DISMISSAL**

JENNIFER L. ROCHON, United States District Judge:

    The Court having been advised at ECF No. 49 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case. The Clerk of Court is also directed to mail a copy of this Order to *pro se* Plaintiff at his address listed on the docket.

Dated: September 19, 2023
       New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge